01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08  UNITED STATES OF AMERICA,           )    CASE NO. CR08-080-JLR
                                        )
09          Plaintiff,                  )
                                        )
10          v.                          )
                                        )    DETENTION ORDER
11  APOLINAR GUEVARA-TEJADA,            )
                                        )
12          Defendant.                  )
    _____  )

13

14  Offense charged:

15      Conspiracy to Distribute Cocaine and Heroin; Forfeiture allegations

16  Date of Detention Hearing:    March 25, 2008

17      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      (1)    Defendant is reportedly a citizen of Mexico.

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 1

01   (2)   The United States alleges that his presence in this country is illegal.  There is an

02   immigration detainer pending against him.  The issue of detention in this case is therefore

03   essentially moot, as the defendant would be released to immigration custody if not detained in this

04   case.

05   (3)   Defendant and his counsel offer no opposition to the entry of an order of detention.

06   (4)   Upon advice of counsel, defendant declined to be interviewed by Pretrial Services.

07   Therefore, there is limited information available about him.

08   (5)   There does not appear to be any condition or combination of conditions that will

09   reasonably assure the defendant's appearance at future Court hearings while addressing the danger

10   to other persons or the community.

11   It is therefore ORDERED:

12   (1)   Defendant shall be detained pending trial and committed to the custody of the

13   Attorney General for confinement in a correction facility separate, to the extent

14   practicable, from persons awaiting or serving sentences or being held in custody

15   pending appeal;

16   (2)   Defendant shall be afforded reasonable opportunity for private consultation with

17   counsel;

18   (3)   On order of a court of the United States or on request of an attorney for the

19   Government, the person in charge of the corrections facility in which defendant is

20   confined shall deliver the defendant to a United States Marshal for the purpose of

21   an appearance in connection with a court proceeding; and

22   (4)   The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                                                                                        15.13
18 U.S.C. § 3142(i)                                                                              Rev. 1/91
PAGE 2

01          counsel for the defendant, to the United States Marshal, and to the United States

02          Pretrial Services Officer.

03     DATED this 25th day of March, 2008.

04

05                                        _____
                                          Mary Alice Theiler
06                                        United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 3